UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY CHARLES BLACK,<br><br>    Plaintiff,<br><br>v.<br><br>DELANO REGIONAL MEDICAL CENTER, et al.,<br><br>    Defendants. | CASE No. 1:15-cv-01124-MJS (PC)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO OBEY A COURT ORDER, FAILURE TO PROSECUTE, AND FAILURE TO STATE A CLAIM**<br><br>**DISMISSAL COUNTS AS STRIKE PURSUANT TO 28 U.S.C. § 1915(g)**<br><br>**CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. He has consented to Magistrate Judge jurisdiction. (ECF No. 8.) No other parties have appeared.

Plaintiff initiated this action on July 1, 2015. (ECF No. 1.) On August 18, 2015, the Court dismissed Plaintiff's complaint and granted leave to amend. (ECF No. 11.) On December 3, 2015, Plaintiff filed his first amended complaint. (ECF No. 16.) On June 17, 2016, the Court screened Plaintiff's first amended complaint and found it stated no cognizable claims. (ECF No. 17.) The Court dismissed the complaint and granted Plaintiff thirty days to file a second amended complaint or a notice of voluntary dismissal.

Id. On August 8, 2016, Plaintiff requested a thirty day extension of time to file a second amended complaint. (ECF No. 18.) On August 11, 2016, that motion was granted. (ECF No. 19.)

The thirty day extended deadline Plaintiff requested and received expired without Plaintiff filing a second amended complaint, a notice of voluntary dismissal, or anything further with the Court. Therefore, on November 7, 2016, the Court issued an order for Plaintiff to show cause within fourteen days why his case should not be dismissed with prejudice for failure to obey a court order, failure to prosecute, and failure to state a claim. (ECF No. 20.) The fourteen-day deadline has passed without Plaintiff having filed a response.

Plaintiff has been afforded ample opportunities to attempt to state a cognizable claim and has failed to do so. Plaintiff also has failed to respond to numerous orders of the Court. Accordingly, it is HEREBY ORDERED THAT:

1. This action is DISMISSED with prejudice for failure to obey a court order, failure to prosecute, and failure to state a claim; and
2. Dismissal counts as a strike pursuant to the "three strikes" provision set forth in 28 U.S.C. § 1915(g); and
3. The Clerk of the Court shall terminate all pending motions and close the case.

IT IS SO ORDERED.

Dated:   December 1, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE